# RESOLVE LEGAL PLLC
## A DEBT RELIEF AGENCY

720 Olive Way, Suite 1000, Seattle, WA 98101-2509

Christopher & Connie Church  
210 North 7th Street  
Montesano, WA 98563

February 1, 2006

**In Reference To:** Chapter 13  
**Invoice #:** 3263

| | | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 9/08/05 | TLN | Intake call | 0.50 | 50.00 |
| 10/03/05 | SC | Initial meeting with client. | 1.00 | 235.00 |
| 10/06/05 | TLN | Review documents and worksheets (.4); preliminary draft of schedules (.7) | 1.10 | 110.00 |
| 10/07/05 | SC | Telephone conference with Connie regarding various questions. | 0.30 | 70.50 |
| | TLN | Continue working on schedules (.7); meet with S. Crocker re same (.1); edit and revise same (.5) | 1.30 | 130.00 |
| 10/08/05 | TLN | Continue working on schedules (.3); telephone call with C. Church re finalizing and term of engagement letter (.3); meeting with S. Crocker re same (.1); e-mail same to client (.2) | 0.90 | 90.00 |
| 10/10/05 | TLN | Review and respond to C. Church e-mails re schedules (.7); fax same with cover letter (.1) | 0.80 | 80.00 |
| 10/11/05 | TLN | Read and respond to C. Church's e-mails re edits and finalization | 0.20 | 20.00 |
| 10/12/05 | TLN | Telephone call with C. Church re schedule finalization (.6); edit and revise same for finalization (.5) | 1.10 | 110.00 |
| 10/13/05 | CL | Meeting with clients to review schedules, discuss potential chapter 13 plan and sign off on petition and schedules. | 1.20 | 210.00 |
| | TLN | Meet with C. Latta re filing (.2); review documents from client (.4); edit and revise same (.6) | 1.20 | 120.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/14/05 | TLN | Review telephone message from C. Church re checking account balance (.1); edit and revise same (.4); finalize and file same (.8) | 1.30 | 130.00 |
| 10/15/05 | TLN | Post-filing follow up letter to clients and sent same | 0.40 | 40.00 |
| 10/18/05 | TLN | Meet with C. Latta re plan and change of address for creditor | 0.20 | 20.00 |
| 10/19/05 | TLN | Review C. Church's e-mail re AT&T debt amount and Chase servicing address (.1); letter to court clerk re change of address for Chase (.2); respond to C. Church's e-mails (.1); work on chapter 13 plan (.4); complete Chapter 13 information sheet (.1); draft cover letter to client re same (.4); meet with C. Latta re same (.1) | 1.40 | 140.00 |
| 10/20/05 | TLN | Telephone call with C. Church re plan payments and new mailing address (.3); draft change of address (.1); update client file (.1) | 0.50 | 50.00 |
| 10/24/05 | TLN | Draft e-mail to Church's re trustee's information sheet | 0.10 | 10.00 |
| 10/25/05 | TLN | File change of address for Debtors (.1); send e-mail to C. Church re trustee's information sheet (.1) | 0.20 | 20.00 |
| | TLN | Finalize, file and serve Chapter 13 Plan with Certificate of Service | 0.40 | 40.00 |
| 10/26/05 | TLN | Prepare trustee's information sheet and fax same over to trustee's office with pay stubs | 0.20 | 20.00 |
| 11/08/05 | TLN | Telephone call with C. Church re proof of insurance for vehicle; wage deduction order; and draft, sent and e-mail cover letter to Church's regarding POCs | 0.20 | 20.00 |
| 11/14/05 | TLN | Telephone call with Dave Toman, Wells Fargo re plan value of vehicle | 0.10 | 10.00 |
| 11/15/05 | TLN | Respond to Wells Fargo Auto's correspondence re insurance and car payments | 0.20 | 20.00 |
| 11/16/05 | TLN | E-mail C. Latta re Wells Fargo Auto's valuation of Ford issue | 0.10 | 10.00 |
| 12/01/05 | TLN | Read and respond to C. Church's e-mail regarding creditors' noticing addresses | 0.10 | 10.00 |
| 12/14/05 | CL | Review e-mail from Connie Church re relief from stay and surrender of the boat. | 0.10 | 17.50 |
| | TLN | Review C. Church's e-mail re BOA RFS motion | 0.20 | 20.00 |
| 1/11/06 | TLN | Meeting with C. Latta re case status | 0.30 | 30.00 |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/12/06 | TLN | Telephone call with C. Church re tax return | 0.10 | 10.00 |
| 1/13/06 | TLN | Telephone call to C. Church re 2005 tax return and her 4th quarter return | 0.10 | 10.00 |
| 1/18/06 | TLN | Telephone calls with C. Church re 2005 tax return amendments and quarterly P&L | 0.30 | 30.00 |
| 1/24/06 | TLN | Pull file for 2004 Ford proof of insurance (.1); draft and send cover letter to the Church re same (.1) | 0.20 | 20.00 |
| 1/31/06 | TLN | Review C. Church's e-mail regarding tax return (.1); meet with T. Tracy re same (.1); review Chapter 13 Trustee's memo re POCs (.2) | 0.40 | 40.00 |
| | TLN | Telephone calls with Connie Church re tax return submission and acutal tax debt | 0.30 | 30.00 |

|  |  |  |
|---|---|---|
| For professional services rendered | 17.00 | $1,973.00 |

**Costs**

| Date | Description | Amount |
|---|---|---|
| 10/14/05 | Filing fee | 194.00 |
| 10/25/05 | Photocopies | 8.00 |
| | Postage | 7.77 |
| | Totals | $209.77 |

| | |
|---|---|
| **Total Fee & Disbursements** | **$2,182.77** |
| **Balance Now Due** | **$2,182.77** |