Honorable Philip H. Brandt
Chapter 13
Hearing Date: August 5, 2008
Hearing Time: 9:30 a.m.
Hearing Location: Courtroom I, Tacoma
**Response Date: July 29, 2008**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>CHRISTOPHER A. CHURCH and<br>CONNIE E. CHURCH,<br><br>Debtors. | No. 05-53206 PHB<br><br>2ND INTERIM APPLICATION FOR COMPENSATION OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS |

Pursuant to 11 U.S.C. §331 and Local Bankruptcy Rule 2016, Resolve Legal PLLC, ("Resolve"), counsel for the Debtors herein, hereby makes this application for compensation for services rendered for the period of February 1, 2006 through June 25, 2008 and respectfully represents:

<u>Background</u>. Debtors' Chapter 13 petition was filed on October 14, 2005. Resolve has continuously represented the Debtors since the filing of this case.

Resolve filed a previous fee application which covered the period from September 8, 2005 through January 31, 2006. By entry of an Order on February 27, 2006, Resolve was awarded fees in the amount of $1,973.00 and costs in the amount of $209.77, for a total of $2,182.77.

2ND INTERIM APPLICATION FOR COMPENSATION OF
ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS - 1



720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123  f: 206.624.8598  www.resolvelegal.com

This application seeks approval of attorney and paralegal time totaling $960.00 and reimbursement of expenses and costs totaling $19.59.

The source of payment for the requested compensation and reimbursement of expenses are from the Debtors' post-petition income that has been paid and will be paid to the Chapter 13 Trustee.

Attorney and paralegal time has been billed hourly by the following individuals at the following hourly rates:

| Name: | Rate: |
|---|---|
| J. Todd Tracy | $235 |
| Thao L. Nguyen | $100-140 |
| Nancy Hunter | $125 |

All services for which compensation is sought were reasonable and necessary for the administration of this estate and were performed for and on behalf of the Debtors and not on behalf of any other person.

No agreement or understanding exists between the applicant and any other person for the sharing of compensation received or to be received for services rendered in, or in connection with this case.

<u>Narrative Summary of Services Rendered</u>. Services rendered during the application period on behalf of the Debtors include: the preparation and filing of interim fee application; communications with Debtors regarding various issues including proof of insurance on vehicles and regarding mortgage payment coupons; numerous communications with Les

2ND INTERIM APPLICATION FOR COMPENSATION OF
ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS - 2

RESOLVE LEGAL PLLC
A DEBT RELIEF AGENCY

720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123  f: 206.624.8598  www.resolvelegal.com

Schwab and Department of Revenue regarding their claims; and telephone calls with creditors and Chapter 13 Trustee's office regarding various matters.

A copy of the application for compensation is being sent to the Debtors for their review.

<u>Itemization of Time and Expenses</u>. Attached hereto is a true and correct copy of invoice #3619 and #4667 with itemized time records of Resolve which set forth the date each service was rendered, the identity of the person performing the service and a detail description of the service rendered and the time spent performing the service, the total number of hours spent and the total amount of compensation requested, and a statement of expenses, by category, for which reimbursement is sought.

In-house photocopies are generally not charged. If the copy number is large it is billed at the rate of 10¢ per page. Whenever possible, a local photocopy service is used for large copying projects and those fees are billed at actual cost. There is no charge for outgoing or incoming facsimile transmissions. Expenses incurred for postage, overnight delivery services, courier services and long distance calls are charged at their actual rate.

Computerized legal research is billed at actual cost. Lexis, Westlaw and Pacer are the various services used by Resolve Legal PLLC. Pacer is billed at 8¢ per page. Lexis and Westlaw rates vary depending upon the type of search and size of database. Resolve endeavors to use the most cost efficient service in relation to the information which is sought.

<u>Case Status</u>. The Debtors' Chapter 13 Plan provides for payments to creditors over 36 months; Debtors are current in plan payments. Creditors have significantly benefited by this

2ND INTERIM APPLICATION FOR COMPENSATION OF
ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS - 3



RESOLVE LEGAL PLLC
A DEBT RELIEF AGENCY

720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123  f: 206.624.8598  www.resolvelegal.com

Chapter 13 plan and the Debtors' counsel who has worked on the case should be compensated for services.

I declare under penalty of perjury that the foregoing is correct.

DATED this 10th day of July 2008.

                                            RESOLVE LEGAL PLLC

                                            By    */s/ J. Todd Tracy*
                                                   J. Todd Tracy, WSBA #17342
                                          Attorneys for Debtors

2ND INTERIM APPLICATION FOR COMPENSATION OF
ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS - 4

RESOLVE LEGAL PLLC
A DEBT RELIEF AGENCY

720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123  f: 206.624.8598  www.resolvelegal.com