# RESOLVE LEGAL PLLC
## A DEBT RELIEF AGENCY

720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123  f: 206.624.8598  www.resolvelegal.com

Christopher & Connie Church
210 North 7th Street
Montesano, WA 98563

July 3, 2008

**In Reference To:** RL Chapter 13
**Invoice #:** 4667

| Date | Atty | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 12/21/06 | TLN | Review Wells Fargo 12/11/06 letter re proof of insurance and send e-mail to client re same | 0.20 | 28.00 |
| 1/02/07 | TLN | Receive and review proof of insurance on Ford F150 truck (.1); fax same to T. Jolley, Wells Fargo Auto Finance (.1) | 0.20 | 28.00 |
| 2/14/07 | TLN | Receive and review C. Church's e-mail re mortgage statements | 0.10 | 14.00 |
| 2/15/07 | TLN | Respond, receive and review C. Church's e-mail re mortgage statements | 0.20 | 28.00 |
| 3/06/07 | TLN | Review plan and World Saving's correspondence re escrow analysis | 0.30 | 42.00 |
| 4/17/07 | TLN | Receive and update file BOA's new address | 0.10 | 14.00 |
| 5/08/07 | TLN | E-mail to client re insurance coverage on Ford F150 truck | 0.10 | 14.00 |
| 5/09/07 | TLN | Recieve insurance information on Ford F150 vehicle and fax same to Wells Fargo (.3); e-mail to client re statement and loan coupon book (.1) | 0.40 | 56.00 |
| 6/25/08 | NH | Prepare Second Interim Fee Application pleadings. | 1.00 | 125.00 |

For professional services rendered    2.60    $349.00

**Total Fee & Disbursements**    $349.00

Christopher & Connie Church  September 12, 2006
210 North 7th Street
Montesano, WA 98563

**In Reference To:** RL Chapter 13
**Invoice #:** 3619

| | | Professional Services | Hours | Amount |
|---|---|---|---|---|
| 2/01/06 | TLN | Run, review and revise slip report (.3); preliminary draft of fee application package (.9); edit, amend, finalize, file and serve same (.7) | 1.90 | 190.00 |
| 2/02/06 | TLN | Draft, finalize, file and serve certificate of service re fee application (.2); review e-mail from court and T. Tracy and amend notice of hearing (.4) | 0.60 | 60.00 |
| 2/03/06 | TLN | Draft, finalize and file Certificate of Service re AMD Notice re Fee App (NO CHARGE) | 0.10 | 0.00 |
| 2/15/06 | TLN | Forward tax return to chapter 13 trustee's office with cover letter | 0.20 | 20.00 |
| | TLN | Read and respond to C. Church's e-mail re plan confirmation | 0.20 | 20.00 |
| 2/22/06 | TLN | Draft, read responses and respond to responses e-mails to C. Church re Les Schwab claim issue and tax penalty | 0.20 | 20.00 |
| | TLN | Draft, finalize and file Declaration of no objection to fees and Order | 0.30 | 30.00 |
| 2/23/06 | TLN | Telephone message to Kim Daniels, Les Schwab Tires-Bankruptcy Administrator re withdrawing their POC | 0.10 | 10.00 |
| 2/27/06 | TLN | Read and respond to C. Church's e-mail re tax penalities | 0.10 | 10.00 |
| 2/28/06 | TLN | Telephone call with Kim Daniels, Les Schwab Tires re withdrawing their POC | 0.20 | 20.00 |
| 3/02/06 | TT | Respond to client question re: DOR tax return penalty and timing of filing claim; confer with T. Nguyen re same | 0.20 | 47.00 |

Christopher & Connie ChurchSeptember 12, 2006

2

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | TLN | Meeting with T. Tracy re Department of Revenue's $1,399.99 claim (.1); telephone call to Susan Rowland, Dept of Revenue re POC (.1) | 0.20 | 20.00 |
| 3/03/06 | TLN | E-mail to C. Church re Department of Revenue's POC | 0.10 | 10.00 |
| 5/08/06 | TLN | Review and respond to C. Church's e-mail re claims (.2); pull file for a copy of the Chapter 13 Trustee's report (1); pull claims registry and review (.3) | 0.60 | 84.00 |
| 5/09/06 | TLN | Receive and review Trustee's claims registry report | 0.30 | 42.00 |
| 5/11/06 | TLN | Review scheduled debts against claims registry | 0.20 | 28.00 |
| | | For professional services rendered | 5.50 | $611.00 |

**Costs**

| Date | | Description | | Amount |
|---|---|---|---|---|
| 2/01/06 | | Photocopies | | 7.50 |
| | | Postage | | 12.09 |
| | | Totals | | $19.59 |

**Total Fee & Disbursements**$630.59