Honorable Philip H. Brandt
Chapter 13
Hearing Date: August 5, 2008
Hearing Time: 9:30 a.m.
Hearing Location: Courtroom I, Tacoma
**Response Date: July 29, 2008**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re<br><br>CHRISTOPHER A. CHURCH and<br>CONNIE E. CHURCH,<br><br>Debtors. | No. 05-53206 PHB<br><br>ORDER GRANTING 2ND INTERIM APPLICATION FOR COMPENSATION OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS |

THIS MATTER, having come on before the Court on the interim application of Resolve Legal PLLC for an award of compensation herein; and the Court, pursuant to 11 U.S.C §330 and Bankruptcy Rule 2016 and having found good cause, now therefore, it is hereby

ORDERED:

1. That Resolve Legal PLLC is hereby allowed compensation from February 1, 2006 through June 25, 2008 in the amount of $960.00.

2. That Resolve Legal PLLC is hereby allowed reimbursement of costs and expenses in the amount of $19.59.

ORDER GRANTING 2ND INTERIM APPLICATION FOR COMPENSATION OF
ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS - 1

**RESOLVE** LEGAL PLLC
A DEBT RELIEF AGENCY

720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123  f: 206.624.8598  www.resolvelegal.com

3. That the Chapter 13 Trustee's office is directed to pay the amount of $979.50 from current funds on hand and future funds.

DATED this _____ day of August 2008.

_____
Philip H. Brandt
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

United States Bankruptcy Judge

Presented by:

RESOLVE LEGAL PLLC


By   */s/ J. Todd Tracy*
     J. Todd Tracy, WSBA #17342
Attorneys for Debtors

ORDER GRANTING 2ND INTERIM APPLICATION FOR COMPENSATION OF
ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS - 2

RESOLVE LEGAL PLLC
A DEBT RELIEF AGENCY

720 Olive Way, Suite 1000, Seattle, WA 98101-2509
p: 206.624.0123  f: 206.624.8598  www.resolvelegal.com